IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF TERRILL THOMAS,
by and through its special administrator,
Tiffany Robertson,

       Plaintiff,

                                     Case No: 17-CV-01128

v.

MILWAUKEE COUNTY, DAVID A. CLARKE JR.,
NANCY EVANS, KEVIN NYKLEWICZ,
SCOTT SOBEK, JEFFREY ANDRYKOWSKI,
JOSHUA BRIGGS, STEVEN HAW,
KASHKA MEADORS, DEVONTA TOWNES,
RAFAEL BRITO, MATTHEW CARROLL,
LECARLIN COLLINS, BRIAN DRAGOO,
ANTHONY EMANUELE, JORDON JOHNSON,
THOMAS LAINE, DAVID LEDGER,
JOSHUA LEGERE, DEVIN O'DONNELL,
JAMES RAMSEY-GUY, DECORIE SMITH,
DOMINIQUE SMITH, JOHN WEBER,
ARMOR CORRECTIONAL HEALTH SERVICES,
INC., KAREN HORTON, KAREN GRAY,
DEBORAH MAYO and AMANDA OCACIO,

       Defendants.

---

## ANSWER AND AFFIRMATIVE DEFENSES

---

       Defendants JorDon Johnson, Thomas Laine, James Ramsey-Guy, and Dominique Smith,

by their attorneys, Crivello Carlson, S.C., Answer the plaintiff's Complaint as follows:

### I.      INTRODUCTION

1.      Answering Paragraph 1, Defendants lack knowledge and information sufficient to form a

belief as to the truth of the allegations contained therein, and therefore deny the same putting the

Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of

improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

2.      Answering Paragraph 2, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

3.      Answering Paragraph 3, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

4.      Answering Paragraph 4, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

5.      Answering Paragraph 5, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

## II.    JURISDICTION AND VENUE

6.     Answering Paragraph 6, Defendants aver that they are unable to confer jurisdiction by admission and therefore deny the allegations contained therein; as further answer, Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

7.     Answering Paragraph 7, Defendants aver that they are unable to confer jurisdiction by admission and therefore deny the allegations contained therein; as further answer, Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

8.     Answering Paragraph 8, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

## III.    PARTIES

### A.     Plaintiff

9.     Answering Paragraph 9, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

### B.     County Defendants

10.     Answering Paragraph 10, Defendants admit that Milwaukee County is a municipal corporation doing business generally as alleged. As to all remaining allegations, these answering

3

Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

11.     Answering Paragraph 11, Defendants admit that David A. Clarke, Jr. was the sheriff of Milwaukee County at the time of Mr. Thomas' death. As to all remaining allegations, these answering Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

12.     Answering Paragraph 12, Defendants admit that Nancy Evans was the commander of the Milwaukee County Jail at the time of Mr. Thomas' death. As to all remaining allegations, these answering Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

13.     Answering Paragraph 13, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

14.     Answering Paragraph 14, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

15.     Answering Paragraph 15, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

4

16.     Answering Paragraph 16, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

17.     Answering Paragraph 17, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

18.     Answering Paragraph 18, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

19.     Answering Paragraph 19, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

20.     Answering Paragraph 20, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

21.     Answering Paragraph 21, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

22.     Answering Paragraph 22, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

23.     Answering Paragraph 23, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

24.     Answering Paragraph 24, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

25.     Answering Paragraph 25, Defendants admit that JorDon Johnson is a citizen residing in the State of Wisconsin and was employed as a correctional officer at the Milwaukee County Jail during the relevant time period. Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

26.     Answering Paragraph 26, Defendants admit that Thomas Laine is a citizen residing in the State of Wisconsin and was employed as a correctional officer at the Milwaukee County Jail during the relevant time period. Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

6

27.     Answering Paragraph 27, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

28.     Answering Paragraph 28, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

29.     Answering Paragraph 29, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

30.     Answering Paragraph 30, Defendants admit that James Ramsey-Guy is a citizen residing in the State of Wisconsin and was employed as a correctional officer at the Milwaukee County Jail during the relevant time period. Defendants lack knowledge and information sufficient to form a belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

31.     Answering Paragraph 31, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

32.     Answering Paragraph 32, Defendants admit that Dominique Smith is a citizen residing in the State of Wisconsin and was employed as a correctional officer at the Milwaukee County Jail during the relevant time period. Defendants lack knowledge and information sufficient to form a

7

belief as to the truth of any remaining allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

33.     Answering Paragraph 33, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

34.     Answering Paragraph 34, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

**C.      Armor Medical Defendants**

35.     Answering Paragraph 35, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

36.     Answering Paragraph 36, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

37.     Answering Paragraph 37, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

8

38.     Answering Paragraph 38, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

39.     Answering Paragraph 39, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

40.     Answering Paragraph 40, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

## IV. FACTUAL ALLEGATIONS

### A.     Terrill Thomas' Suffering and Death in the Milwaukee County Jail

41.     Answering Paragraph 41, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

42.     Answering Paragraph 42, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

43.     Answering Paragraph 43, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

44.     Answering Paragraph 44, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

45.     Answering Paragraph 45, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

46.     Answering Paragraph 46, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

47.     Answering Paragraph 47, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

48.     Answering Paragraph 48, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

49.     Answering Paragraph 49, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

50.     Answering Paragraph 50, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

10

51.     Answering Paragraph 51, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

## General Conditions in Unit 4D

52.     Answering Paragraph 52, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

53.     Answering Paragraph 53, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

54.     Answering Paragraph 54, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

55.     Answering Paragraph 55, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

56.     Answering Paragraph 56, Defendants deny that Plaintiff's description is complete or correct, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

57.     Answering Paragraph 57, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

58.     Answering Paragraph 58, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

Case 2:17-cv-01128-PP     Filed 11/17/17     Page 11 of 30     Document 41

59.     Answering Paragraph 59, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

60.     Answering Paragraph 60, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

### Mr. Thomas' Conditions in Unit 4D

61.     Answering Paragraph 61, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

62.     Answering Paragraph 62, admit that Defendant Meadors ordered Defendant Ramsey-Guy to turn off the water to Terrill Thomas' cell. As to the remaining allegations, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

63.     Answering Paragraph 63, admit that Defendant Ramsey-Guy turned off the cold water valve to Terrill Thomas' cell but deny that Defendant Ramsey-Guy turned off the hot water valve to Terrill Thomas' cell. As to the remaining allegations, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and

therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

64. Answering Paragraph 64, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

65. Answering Paragraph 65, deny and put the Plaintiff specifically to its proof thereon.

66. Answering Paragraph 66, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

67. Answering Paragraph 67, deny and put the Plaintiff specifically to its proof thereon.

68. Answering Paragraph 68, deny that these answering Defendants turned off Terrill Thomas' hot water and deny that these answering Defendants were aware that Terrill Thomas did not have access to hot water. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants. As to any remaining allegations, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

13

## The Last Week of Mr. Thomas' Life

69.     Answering Paragraph 69, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

70.     Answering Paragraph 70, Defendants deny that they "did their best to ignore" Terrill Thomas. As to the remaining allegations, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

71.     Answering Paragraph 71, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

72.     Answering Paragraph 72, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

73.     Answering Paragraph 73, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

14

74. Answering Paragraph 74, Defendants admit that jail policy requires cell inspections every 30 minutes. Deny that these answering Defendants "often ignored this requirement" and put the Plaintiff specifically to its proof thereon.

75. Answering Paragraph 75, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

76. Answering Paragraph 76, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

77. Answering Paragraph 77, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

78. Answering Paragraph 78, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation

15

of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

79.     Answering Paragraph 79, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

80.     Answering Paragraph 80, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

81.     Answering Paragraph 81, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

82.     Answering Paragraph 82, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

83.     Answering Paragraph 83, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

84.     Answering Paragraph 84, deny and put the Plaintiff specifically to its proof thereon.

85.    Answering Paragraph 85, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

86.    Answering Paragraph 86, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

87.    Answering Paragraph 87, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

88.    Answering Paragraph 88, deny and put the Plaintiff specifically to its proof thereon.

89.    Answering Paragraph 89, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

90.    Answering Paragraph 90, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

91.    Answering Paragraph 91, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

**The Last 24 Hours of Mr. Thomas' Life**

17

92. Answering Paragraph 92, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

93. Answering Paragraph 93, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

94. Answering Paragraph 94, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

95. Answering Paragraph 95, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

96. Answering Paragraph 96, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

97. Answering Paragraph 97, deny and put Plaintiff specifically to its proof thereon.

18

98.     Answering Paragraph 98, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

99.     Answering Paragraph 99, deny and put Plaintiff specifically to its proof thereon.

100.    Answering Paragraph 100, deny and put Plaintiff specifically to its proof thereon.

101.    Answering Paragraph 101, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

102.    Answering Paragraph 102, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

103.    Answering Paragraph 103, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

104.    Answering Paragraph 104, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

105.    Answering Paragraph 105, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

**B.     Post-Death Investigative Findings**

106.     Answering Paragraph 106, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

107.     Answering Paragraph 107, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

108.     Answering Paragraph 108, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

109.     Answering Paragraph 109, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

110.     Answering Paragraph 110, admit.

111.     Answering Paragraph 111, admit that the Milwaukee County District Attorney's Office conducted an inquest to examine the circumstances surrounding Mr. Thomas' death. As to the remaining allegations, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

112.     Answering Paragraph 112, admit.

C.     **Attempted Cover-Up**

20

113.    Answering Paragraph 113, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

114.    Answering Paragraph 114, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

115.    Answering Paragraph 115, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

116.    Answering Paragraph 116, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

117.    Answering Paragraph 117, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

118.    Answering Paragraph 118, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

119.     Answering Paragraph 119, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

120.     Answering Paragraph 120, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

121.     Answering Paragraph 121, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

122.     Answering Paragraph 122, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

**D.     Additional Allegations Regarding Milwaukee County and Jail Supervisors**

123.     Answering Paragraph 123, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

124.     Answering Paragraph 124, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting

22

the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

125.    Answering Paragraph 125, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

126.    Answering Paragraph 126, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

127.    Answering Paragraph 127, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

128.    Answering Paragraph 128, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

129.     Answering Paragraph 129, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

130.     Answering Paragraph 130, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

131.     Answering Paragraph 131, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

132.     Answering Paragraph 132, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

133.     Answering Paragraph 133, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

134.     Answering Paragraph 134, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

135.     Answering Paragraph 135, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

24

136.     Answering Paragraph 136, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

137.     Answering Paragraph 137, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

**E.     Additional Allegations Regarding Armor and Defendant Horton**

138.     Answering Paragraph 138, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

139.     Answering Paragraph 139, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

140.     Answering Paragraph 140, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

141.    Answering Paragraph 141, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

142.    Answering Paragraph 142, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

143.    Answering Paragraph 143, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

144.    Answering Paragraph 144, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

145.    Answering Paragraph 145, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

146.    Answering Paragraph 146, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

147.    Answering Paragraph 147, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

26

148.    Answering Paragraph 148, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

149.    Answering Paragraph 149, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

## V.    CLAIMS FOR RELIEF

150.    Answering Paragraph 150, deny and put the Plaintiff specifically to its proof thereon.

**A.    Claims Against Individual Defendants**

151.    Answering Paragraph 151, deny and put the Plaintiff specifically to its proof thereon.

152.    Answering Paragraph 152, deny and put the Plaintiff specifically to its proof thereon.

153.    Answering Paragraph 153, deny and put the Plaintiff specifically to its proof thereon.

**B.    Claims Against Milwaukee County**

154.    Answering Paragraph 154, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

155.    Answering Paragraph 155, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon. As further answer, Defendants deny any allegation

of improper conduct and affirmatively alleges that Plaintiff's rights were not violated or infringed by these answering Defendants.

**C.**     **Claims Against Armor Correctional Healthcare Services, Inc.**

156.     Answering Paragraph 156, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

157.     Answering Paragraph 157, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

158.     Answering Paragraph 158, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

159.     Answering Paragraph 159, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon

160.     Answering Paragraph 160, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

**VI.     JURY DEMAND**

161.     Answering Paragraph 161, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same putting the Plaintiff specifically to its proof thereon.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to the Complaint, the Defendants, JorDon Johnson, Thomas Laine, James Ramsey-Guy, and Dominique Smith, respectfully submit the following:

A.  the injuries and damages sustained by the plaintiff, if any, were caused in whole or in part by the acts or omissions of the plaintiff;

B.  the plaintiff has failed to mitigate its damages;

C.  the injuries and damages sustained by the plaintiff, if any, were caused in whole or in part by the acts and omissions of persons other than these answering Defendants;

D.  the Complaint contains claims which fail to state a claim upon which relief may be granted against these answering Defendants;

E.  the plaintiff is prevented from a right of recovery against these Defendants because of an intervening or superseding cause;

F.  these Defendants are immune from suit under common law and statutory immunities;

G.  all of the acts of these answering Defendants were in good faith and not motivated by malice or the intent to harm;

H.  to the extent that the Plaintiff intends to pursue any state law claims against these answering Defendants, such claims are limited and/or barred by the provisions of Wis. Stat. § 893.80;

I.  these Defendants are entitled to immunities, including qualified immunity; and

J.  the plaintiff's claim for punitive damages is contrary to the law and constitution.

**WHEREFORE**, these answering Defendants respectfully request judgment as follows:

1.       for a dismissal of the Plaintiff's Complaint upon its merits;

29

2.      for reasonable actual attorney's fees pursuant to 42 U.S.C. § 1988(3);

3.      for the costs, disbursements and fees of this action; and

4.      for such other relief as this Court deems just and equitable.

**DEFENDANTS DEMAND A JURY**

Dated this 17th day of November, 2017.


By:  /s Samuel C. Hall, Jr.
     SAMUEL C. HALL, JR.
     State Bar No. 1045476
     SARA C. MILLS
     State Bar No. 1029470
     BENJAMIN A. SPARKS
     State Bar No. 1092405
     Attorneys for Defendants, JorDon Johnson,
     Thomas Laine, James Ramsey-Guy, and
     Dominique Smith
     CRIVELLO CARLSON, S.C.
     710 N. Plankinton Avenue, Suite 500
     Milwaukee, WI 53203
     Phone: (414) 271-7722
     Fax: (414) 271-4438
     E-mail: shall@crivellocarlson.com
     Email: smills@crivellocarlson.com
     Email: bsparks@crivellocarlson.com