UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF TERRILL THOMAS, by and through its
Special administrator, Tiffany Robertson,

    Plaintiffs,

    v.    Case No. 17-CV-01128

MILWAUKEE COUNTY, et al.,

    Defendants.

---

MILWAUKEE COUNTY,

    Third-Party Plaintiff,

    v.

WISCONSIN COUNTY MUTUAL INSURANCE
COMPANY,

    Third-Party Defendant.

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Third-Party Defendant Wisconsin County Mutual Insurance Company, furnishes the following information in compliance with Fed. R. Civ. P. 7.1 and Civil L.R. 7.1.

    **I.    The full name of every party or amicus the attorney represents in a case:**

    Wisconsin County Mutual Insurance Company.

    **II.    If such a party or amicus is a corporation:**

        **A. Parent corporation of each party, if any:**

        Not applicable.

B. **A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus:**

Not applicable.

III. **The name of all law firms whose partners or associates appear for the party or ware expected to appear for the party in this court.**

Axley Brynelson, LLP
2 E. Mifflin St., Suite 200
Madison, WI 53703

Dated this 19th day of February, 2018.

        */s/ Lori M. Lubinsky*
        Attorneys for Third-Party Defendant
        Wisconsin County Mutual Insurance Company
        AXLEY BRYNELSON, LLP
        P.O. Box 1767
        Madison, WI 53701-1767
        Telephone: (608) 257-5661
        Fax: (608) 257-5444
        Email: llubinsky@axley.com

F:\EAFDATA\759\76207\02476853.DOCX